**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

MARQUES JOHNSON *ex rel.*
M.D.J., JR.,

      Plaintiff,

v.                                                             Case No. 5:24-cv-541-RBD-PRL

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

_____

**ORDER**

On referral in this Social Security appeal, U.S. Magistrate Judge Philip R. Lammens entered a Report and Recommendation that the Court should affirm the Commissioner's decision. (Doc. 25 ("R&R").) The time has passed, and the parties did not object, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.    The R&R (Doc. 25) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2.    The Commissioner's decision is **AFFIRMED**.

3.    The Clerk is **DIRECTED** to enter judgment in favor of Defendant and

against Plaintiff and then to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 3, 2026.

ROY B. DALTON, JR.
United States District Judge